■ CHARLES CATALFAMO et al., Appellants, v CITY OF NEW YORK et al., Defendants and Third-Party Plaintiffs. POSITIVE ELECTRIC ASSOCIATES, INC., Third-Party Defendant-Respondent. [614 NYS2d 898] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered February 4, 1994, which denied plaintiffs' motion for an order of partial summary judgment pursuant to Labor Law § 240 (1) as against defendants the City of New York and the New York City Board of Education, unanimously affirmed, without costs.

The IAS Court properly determined that material questions of fact exist with respect to whether a violation of Labor Law § 240 (1) occurred and, if so, whether the violation was the proximate cause of plaintiff's fall particularly in light of plaintiff's deposition testimony that there was nothing wrong with the ladder (see, Antunes v 950 Park Ave. Corp., 149 AD2d 332). Concur—Murphy, P. J., Wallach, Ross, Rubin and Williams, JJ.